THE STATE ex rel. MOORE, Appellant, v. HAWES et al.

In Banc, November 3, 1903.

The judgment in this case is affirmed on the authority of State ex rel. Rife v. Hawes, reported at page 360 of this volume.

Appeal from St. Louis City Circuit Court.—*Hon. Wm. Zachritz*, Judge.

AFFIRMED.

*Joseph Wheless* for appellant.

*C. W. Bates* and *Wm. Woerner* for respondents.

GANTT, J.—Mandamus for salary of himself and seven others, as patrolmen, aggregating $26,327.79.

Judgment for defendants and relator appealed. All of the claimants except Roe and Hazelhorst had fully served out their appointed terms and were merely holdovers when they were dropped, and hence come within the rule laid down in State ex rel. Rife v. Hawes, reported at page 360 of this volume, and Roe and Hazelhorst were emergency specials, and under the police act held at the pleasure of the board, and were subject to removal at any time, without notice, charges or a hearing.

The judgment of the circuit court is for the right party and it is affirmed.

All concur.